**Fill in this information to identify the case:**

Debtor 1 STEVEN L UTTECHT (DECEASED)

Debtor 2 (Spouse, if filing) LEFAY A UTTECHT

United States Bankruptcy Court for the: District of Minnesota (State)

Case number 21-30774

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** Truist Bank

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 5554

**Property address:**
1915 - 17 1/2 ST NW
Number Street

ROCHESTER, MN 55901-
City, State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: attached (web address).

## Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 1,800.45 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 1,800.45 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. | Total amount of arrearages disbursed by the trustee: | $ 1,800.45 |

**Part 4: Postpetition Payments**

*Check one:*

- [x] Postpetition payments are made by the debtor.
- [ ] Postpetition payments are paid through the trustee.
- [ ] Other: ____________________________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ __________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ ___________

**Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ Linda Gonsau
Signature

Date 9 / 2 / 2026

| | | | |
|---|---|---|---|
| Trustee | Gregory (First Name) | A (Middle Name) | Burrell (Last Name) |
| Address | 100 S 5th St Ste 480 (Number Street) | | |
| | Minneapolis (City) | MN (State) | 55402 (ZIP Code) |

Contact phone (612) 277-1212 Email lsg@ch13mn.com

Dated: September 2, 2026

/e/ Gregory A. Burrell
Gregory A. Burrell, Chapter 13 Trustee
100 South Fifth Street, Suite 480
Minneapolis, MN 55402
(612) 338-7591

**VERIFICATION**

I, Linda Goneau, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: September 2, 2026 /s/ Linda Goneau

CERTIFICATE OF SERVICE

I, Linda Goneau, employed by Gregory A. Burrell, Chapter 13 Trustee, declare under penalty of perjury, that on September 2, 2026, I served a copy of this notice on the individual(s) named below, in the manner described.

**Copy to Debtor(s) addressed to:**

STEVEN L UTTECHT (DECEASED)
LEFAY A UTTECHT
1701 - 41ST ST NW
APT 8A
ROCHESTER, MN 55901-

**Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage prepaid addressed to:**

Truist Bank
PO Box 27767
Bankruptcy Dept RVW3034
Richmond, VA 23261-

Robert S. Thyen
Heller & Thyen, P.A.
606 - 25th Avenue South, Suite 110
St. Cloud, MN 56301-

BREMER BANK
STEWART, ZLIMEN & JUNGERS
2860 PATTON ROAD
ROSEVILLE MN 55113-

and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: September 2, 2026

/e/ Linda Goneau
Linda Goneau
Chapter 13 Office

# Disbursements for Claim

**Case: 21-30774** **STEVEN L UTTECHT (DECEASED)**

**TRUIST BANK**
formerly Suntrust Mortgage,
PO Box 27767 - Bky Dept RVV
Richmond, VA 23261-

Sequence: 31
Modify:
Filed Date: 6/9/2021 12:00:00AM
Hold Code:

Acct No: 5554

PER PART 7 ARREARS PAID THRU PLAN//1ST MORTGAGE//NOTE & AOM ATTACHED// SUNTRUST MORTGAGE, INC

| | | | | | |
|---|---|---|---|---|---|
| Amt Sched: | $1,800.45 | Debt: | $1,800.45 | Interest Paid: | $0.00 |
| Amt Due: | $0.00 | Paid: | $1,800.45 | Accrued Int: | $0.00 |
| | | | | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled | DisbDescrp |
|---|---|---|---|---|---|---|---|---|---|
| **0050** | **TRUIST BANK** | | | | | | | | |
| 005-0 | TRUIST BANK | | 04/27/2023 | 4702205 | $21.16 | $0.00 | $21.16 | 05/02/2023 | |
| 005-0 | TRUIST BANK | | 03/30/2023 | 4701046 | $392.54 | $0.00 | $392.54 | 04/05/2023 | |
| 005-0 | TRUIST BANK | | 01/30/2023 | 4698860 | $196.27 | $0.00 | $196.27 | 02/06/2023 | |
| 005-0 | TRUIST BANK | | 12/29/2022 | 4697731 | $196.27 | $0.00 | $196.27 | 01/06/2023 | |
| 005-0 | TRUIST BANK | | 11/30/2022 | 4696568 | $196.27 | $0.00 | $196.27 | 12/06/2022 | |
| 005-0 | TRUIST BANK | | 10/28/2022 | 4695418 | $196.27 | $0.00 | $196.27 | 11/03/2022 | |
| 005-0 | TRUIST BANK | | 09/29/2022 | 4694275 | $196.27 | $0.00 | $196.27 | 10/06/2022 | |
| 005-0 | TRUIST BANK | | 08/30/2022 | 4693112 | $58.55 | $0.00 | $58.55 | 09/06/2022 | |
| 005-0 | TRUIST BANK | | 10/28/2021 | 4681661 | $66.98 | $0.00 | $66.98 | 11/02/2021 | |
| 005-0 | TRUIST BANK | | 09/29/2021 | 4680496 | $66.98 | $0.00 | $66.98 | 10/06/2021 | |
| 005-0 | TRUIST BANK | | 08/30/2021 | 4679307 | $68.01 | $0.00 | $68.01 | 09/08/2021 | |
| 005-0 | TRUIST BANK | | 07/29/2021 | 4678123 | $70.92 | $0.00 | $70.92 | 08/04/2021 | |
| 005-0 | TRUIST BANK | | 06/29/2021 | 4676928 | $73.96 | $0.00 | $73.96 | 07/08/2021 | |
| | | | | **Sub-totals:** | **$1,800.45** | **$0.00** | **$1,800.45** | | |
| | | | | **Grand Total:** | **$1,800.45** | **$0.00** | | | |